```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 18-01738-RNO
Diego Y. Larios                                               Chapter 7
Kenia Larios
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: admin              Page 1 of 1              Date Rcvd: Aug 07, 2018
                              Form ID: fnldecac        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.
db/jdb         +Diego Y. Larios,   Kenia Larios,   103 Sun Valley Court,   Milford, PA 18337-7755

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:
      James  Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
      John J. Martin    on behalf of Debtor 2 Kenia  Larios jmartin@martin-law.net,
      kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
      John J. Martin    on behalf of Debtor 1 Diego Y. Larios jmartin@martin-law.net,
      kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
      Mark J. Conway (Trustee)    PA40@ecfcbis.com,
      mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                       TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Diego Y. Larios,<br>fka Yuri E. Larios, | Chapter     7 |
| **Debtor 1** | Case No.     5:18−bk−01738−RNO |
| Kenia Larios, | |
| **Debtor 2** | |

Social Security No.:
              xxx−xx−4450       xxx−xx−6274

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

           **Mark J. Conway (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 6, 2018

BY THE COURT
By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)